AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone: (714) 621-0200 Fax (714) 621-0277
efile@ch13ac.com



**ENTERED**

JUL 1 0 2008

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

**FILED**

JUL 9 2008

U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In Re:

MARK NOBLE PUGH
ANTOINETTE JOANNE NAPOLI-PUGH

AKA

Social Security No. xxx-xx-4320    Debtor
Social Security No. xxx-xx-0814    Co-debtor

)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 13
Case No. 8:08-bk-11486-RK

**ORDER CONFIRMING**
**CHAPTER 13 PLAN**

Hearing date:    June 11, 2008
Hearing time:    1:30 PM
Courtroom        5D

Debtor's Chapter 13 Plan or modified Plan, if any, was filed on 3/28/2008, and the Plan, or the final modified Plan if any, was served on the creditors pursuant to Bankruptcy Rule 3015, and the court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

1.  The Debtor's plan is confirmed with the following provisions:

    The plan payment amount is **$442.20(1)**. The due date is **28th** day of each month for **60** months. Interlineations contained in the Trustee's Report and Motion for Confirmation of Plan and Allowance of Fees, if any, are hereby approved and made a part of the Plan.

2.  Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor.

3.  Other provisions:

    (a)    _X_This is a base plan with the debtors paying at least **$39,121.20** of disposable income into the Plan. Debtor shall submit statements of income on a semi-annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the Court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the plan, are paid 100%.

    (b)    _X_ The Trustee is authorized to make payments to holders of secured claims based on the Debtor's plan.

    (c)    _X_ Debtor's attorney is awarded fees of **$4,500.00**; having received **$4,500.00**, counsel is entitled to **$ .00** from the Estate

Dated:    **JUL 9 2008**

_____
The Hon. ROBERT N. KWAN
United States Bankruptcy Judge

**ORIGINAL**

LODGED  JUL -8 2008  CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY_____ Deputy Clerk

AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 3300
Orange CA, 92868
Tel: (714) 621-0200
Fax: (714) 621-0277

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE: | Case No.: SA-08-11486-RK |
| --- | --- |
| MARK NOBLE PUGH<br>24451 RUE DE MONET<br>LAGUNA NIGUEL, CA 92677 | CHAPTER 13 |
| Debtor(s). | |

PROOF OF SERVICE

I, JUAN SANTILLAN, am over the age of eighteen years and not a party to the within entitled action. I am employed by Amrane Cohen, Chapter 13 Trustee, whose business address is 770 The City Drive South, Suite 3300, Orange, California 92868.

On 7/8/2008, I served a true copy of the within ORDER CONFIRMING CHAPTER 13 PLAN on the following persons by mail, by placing a true copy in a sealed envelope with postage theron fully prepaid, in the United States mail at Suite3300, 770 The City Drive South, Orange, California 92868 addressed as follows:

MARK NOBLE PUGH
ANTOINETTE JOANNE NAPOLI-PUGH
24451 RUE DE MONET
LAGUNA NIGUEL, CA 92677

Able Restoration
3940 Garner Rd
Riverside, CA 92501

Adventist Health South Coast Med Ct
Dept 1577
Los Angeles, CA 90084-1577

Alliance One
P.O. Box 211128
Saint Paul, MN 55121

Andrew A Sassani, MD
P.O. Box 75034
San Clemente, CA 92673

BANK OF AMERICA
PO BOX 26012
NC4-105-03-14
GREENSBORO, NC 27420

CA Emergency Phys
PO Box 582663 Ste D-83
Modesto, CA 95358-0046

CMRE FInancial Services Inc
3075 E. Imperial Hwy 200
Brea, CA 92821-6753

Capital Management Services
726 Exchange Street, 700
Buffalo, NY 14210

Chase
Chase CC Srvs/Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156

CHEVRON
PO BOX 2001
CONCORD, CA 94529-0001

Collection Consultants
PO Box 29050
Glendale, CA 91209

DELL FINANCIAL SERVICES, LP
C/O RESURGENT CAPITAL SERVICES
PO BOX 10390
GREENVILLE, SC 29603-0390

GEMB / MERVYNS
PO BOX 103104
ROSWELL, GA 30076

HOME DEPOT
PO BOX 6029
THE LAKES, NV 88901

Jc Penney
Ge Money/Attn: Bankruptcy Dept
4125 Windward Plaza, Building 300
Alpharetta, GA 30005

Louis Gottschalk, MD
UCI Dept of Psychiatry
Irvine, CA 92697

Mark J Legome, MD
26732 Crown Valley Pkwy, 501
Mission Viejo, CA 92691

Maurice M Lam
2865 Atlantic Ave., 106
Long Beach, CA 90806

NISSAN-INFINITI
PO BOX 660366
DALLAS, TX 75266-0366

ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702

Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540

David Shapiro, Phd
26440 La Alameda, 380
Mission Viejo, CA 92691

Firts National Bank of Marin/Credit One
585 Pilot Rd
Las Vegas, NV 89119

Gemb/mervyn
Po Box 103106
Roswell, GA 30076

Hsbc/rs
Po Box 15522
Wilmington, DE 19850

LCA Collections
P.O. Box 2240
Burlington, NC 27216

MVEP MEdical Group
PO Box 660099
Arcadia, CA 91066

Maureen Rhyne, Phd
24502 Pacific Park Dr, 101
Aliso Viejo, CA 92656

O.C. TEACHERS FEDERAL C.U.
PO BOX 11547
SANTA ANA, CA 92711-1547

L.V.N.V. FUNDING
C/O RESURGENT CAPITAL SERVICE
PO BOX 10587
GREENVILLE, SC 29603-0587

ORG CO TEACHERS FCU
PO BOX 11547
SANTA ANA, CA 92711

Phillip Cohen, MD
25401 Cabot, 203
Laguna Hills, CA 92653

Shell Fleet
P.O. Box 183019
Columbus, OH 43218

So Cal Psychiatric Association
28 Monarch Bay Plaza, N
Dana Point, CA 92629

Special Lab
P.O. Box 512189
Los Angeles, CA 90051

TARGET NATIONAL BANK
C/O WEINSTEIN & RILEY, P.S.
PO BOX 3978
SEATTLE, WA 98124-3978

Terminix International
23302 Verdugo
Laguna Hills, CA 92653

Texaco / Citibank
Po Box 20374
Kansas City, MO 64195

USCB Incorp
P.O. Box 74929
Los Angeles, CA 90004

Williams & Williams
1612 N.E. Expressway
Atlanta, GA 30329

World Savings & Loan
4101 Wiseman Blvd
Attn: Bankruptcy
San Antonio, TX 78251

GREGORY J DOAN
25401 CABOT RD
STE 119
LAGUNA HILLS, CA 92653

CAPITAL ONE BANK
C/O; TSYS DEBT MANAGEMENT
PO BOX 5155
NORCROSS, GA 30091

AMERICREDIT
PO BOX 183853
ARLINGTON, TX 76096

AMERICAN EXPRESS
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-7800

SANTA ANA BANKRUPTCY COURT
411 W. 4TH STREET
SANTA ANA, CA 92701

I declare under perjury that the foregoing is true and correct.

Executed: 7/8/2008

JUAN SANTILLAN

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

**MARK NOBLE PUGH
ANTOINETTE JOANNE
NAPOLI-PUGH**

Debtor(s).

Case No.: **8:08-bk-11486-RK**

**Hearing Date: June 11, 2008**

## NOTICE OF ENTRY OF ORDER AND CERTIFICATE OF MAILING

Notice is hereby given that, pursuant to Local Bankruptcy Rules, the foregoing Order on

*ORDER CONFIRMING CHAPTER 13 PLAN* was entered on (specify date):
**JUL 1 0 2008** .

I hereby certify that I mailed, or deposited in the appropriate receptacle maintained in the

Clerk's Office for pick-up, a copy of this notice, and a true copy of said document to the persons

and entities on the attached service list on (specify date): **JUL 1 0 2008** .

Dated: **JUL 1 0 2008**

For The Court

**JON D. CERETTO**
*Clerk of Court*

By _____
Deputy Clerk

SERVICE LIST

AMRANE COHEN, CHAPTER 13 TRUSTEE
ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #3300
ORANGE, CA 92868

MARK NOBLE PUGH

Gregory J Doan
25401 Cabot Rd
Ste 119
Laguna Hills CA 92653