| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **CHRISTOPHER J. LANGLEY [258851]**<br>**clangley@cookseylaw.com**<br>**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**<br>**535 Anton Blvd., 10th Floor**<br>**Costa Mesa, CA 92626**<br>**714-431-1100; Fax: 714-431-1145**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**SEP 15 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY KENT    DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **CHANGES MADE BY COURT** |
| In re:<br><br>**MARK NOBLE PUGH and**<br>**ANTOINETTE JOANNE NAPOLI-PUGH**<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 8:08-bk-11486-RK<br><br>DATE: **Initial Hearing Date** – 6/30/09<br>TIME: 10:30<br>CTRM: 5D<br>FLOOR: 5th |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Personal Property)
**(MOVANT: AMERICREDIT FINANCIAL SERVICES INC AS ASSIGNEE FROM LONG BEACH ACCEPTANCE CORP.)**

1. The Motion was: ☐ Contested  ☒ Uncontested  ☐ Settled by Stipulation

2. The Motion affects the following personal property ("Property"):

    ☒ Vehicle *(describe year, manufacturer, type and model)*: **2006 NISSAN QUEST**

    Vehicle Identification Number:  **5N1BV28U76N123850**
    Location of vehicle (if known):

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

    Serial numbers(s):
    Location (if known):

    ☐ Other Personal Property *(describe type, identifying information, and location)*:

    ☐ See Exhibit _____ attached to this Order.

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

*(This Order is continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 2 of 4    **F 4001-10.PP**

| In re:<br>**MARK NOBLE PUGH and ANTOINETTE JOANNE NAPOLI-PUGH**<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 8:08-bk-11486-RK |
|---|---|

5.  ☒  Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6.  ☐  Movant shall not repossess the Property before the following date *(specify)*:

7.  ☐  The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8.  ☐  In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9.  This Court further orders as follows:

    a.  ☒  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b.  ☒  The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c.  ☐  The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
    d.  ☐  See attached continuation page for additional provisions.

###

DATED: September 15, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 3 of 4      **F 4001-10.PP**

| In re:<br>**MARK NOBLE PUGH and ANTOINETTE JOANNE NAPOLI-PUGH**<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 8:08-bk-11486-RK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described PROOF OF SERVICE OF DOCUMENT PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 31, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SANTA ANA DIVISION**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5165
Santa Ana, CA  92701-4593
Attn:  Judge Robert Kwan

**DEBTOR(S):**
MARK NOBLE PUGH
ANTOINETTE JOANNE NAPOLI-PUGH
24451 Rue De Monet
Laguna Niguel, CA 92677

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 31, 2009 | MATTHEW G. WILLIAMS | /s/ MATTHEW G. WILLIAMS |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                      **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 4 of 4    **F 4001-10.PP**

| In re:<br>**MARK NOBLE PUGH and ANTOINETTE JOANNE NAPOLI-PUGH**<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 8:08-bk-11486-RK |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 14, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Amrane Cohen    efile@ch13ac.com
- Gregory J Doan    ecf@doanlaw.com
- Christopher J Langley    clangley@cookseylaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR(S):**
MARK NOBLE PUGH
ANTOINETTE JOANNE NAPOLI-PUGH
24451 Rue De Monet
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.PP**