**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 3300**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br>    **MARK NOBLE PUGH**<br>    **ANTOINETTE JOANNE**<br>**NAPOLI-PUGH**<br><br>                    Debtor(s). | **Chapter 13**<br>**Case No.:  8:08-bk-11486-RK**<br><br>**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13  (11 U.S.C. - 1307(C))**<br><br>**(No Date Set)** |

TO DEBTOR(S), COUNSEL, ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss the Case (11 U.S.C. 1307(C)) dated May 06, 2010

August 10, 2010

/s/ Amrane Cohen
Amrane Cohen
Chapter 13 Trustee