AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 3300
Orange CA, 92868
Tel: (714) 621-0200
Fax: (714) 621-0277

UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>    MARK NOBLE PUGH<br>    ANTOINETTE JOANNE<br>NAPOLI-PUGH<br><br>                Debtor(s). | Chapter 13<br>Case No.:  8:08-bk-11486-RK<br><br>NOTICE OF WITHDRAWAL OF TRUSTEE'S<br>MOTION FOR ORDER DISMISSING<br>CHAPTER 13  (11 U.S.C. - 1307(C))<br><br>(No Date Set) |

TO DEBTOR(S), COUNSEL, ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss the Case (11 U.S.C. 1307(C)) dated May 06, 2010

September 08, 2010

/s/ Amrane Cohen
Amrane Cohen
Chapter 13 Trustee